IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLIS AND BLANCA GARCIA
AS GUARDIANS AND NEXT FRIENDS OF
JESUS MANUEL RAMIREZ (A minor),

      Plaintiffs,

vs.                                      NO.  CV 04-1180 RB/RLP

QUESTA SCHOOL DISTRICT, NELSON LOPEZ,
SUPERINTENDENT, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY, BEN GURULE, PRINCIPAL,
IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,
JOSE ANTONIO LOPEZ, TEACHER AND
ASSISTANT FOOTBALL COACH, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITY,

      Defendants.

## JUDGMENT

**THE COURT**, having issued a Memorandum Opinion and Order on August 9, 2005, enters this judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure.  Judgment is entered in favor of Defendants and against Plaintiffs on the federal claims.  The state law claims are remanded to the Eighth Judicial District Court, County of Taos, State of New Mexico.

      **IT IS SO ORDERED.**

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE